IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UTHE TECHNOLOGY CORP,

    Plaintiff,

  v.

HARRY ALLEN and AETRIUM, INC.,

    Defendants.

No. C 95-02377 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REQUEST FOR PLAINTIFF TO RESET MOTION TO REOPEN CASE**

The case management conference is **CONTINUED** to **AUGUST 9, 2012, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior. Plaintiff is requested to renotice its motion to reopen administratively closed case and lift stay for the same date in the undersigned judge's courtroom.

**IT IS SO ORDERED.**

Dated: June 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE