1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UTHE TECHNOLOGY CORP,                              No. C 95-02377 WHA

      Plaintiff,

  v.                                                    **ORDER RE AUGUST 23 LETTER**

HARRY ALLEN and AETRIUM, INC.,

      Defendants.

_____/

      The Court has reviewed the parties' August 23 letter.  Based on the letter and consent of the remaining parties in this action, the Court will stay on as the assigned judge.  For the record, the Court adds that while he was a partner at Morrison & Foerster LLP, he had no personal involvement with this dispute.

      **IT IS SO ORDERED.**

Dated:   August 24, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE