IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UTHE TECHNOLOGY CORPORATION,

    Plaintiff,

  v.

AETRIUM, INC., HARRY ALLEN, *et al.,*

    Defendants.

                                             /

No. C 95-02377 WHA

**ORDER VACATING MOTION TO COMPEL AND SETTING DISCOVERY DISPUTE**

      Counsel should read and be familiar with the supplemental order to order setting initial case management conference filed on August 25, 2012, in this case. Plaintiff's hearing date on its motion to compel filed on March 8 is **VACATED** and the Court **SETS** a four-hour meet-and-confer in the Attorney Lounge on the eighteenth floor of the federal courthouse starting from **9:00 A.M. THROUGH 1:30 P.M.** (with a half hour off at noon for lunch) on **MONDAY, MARCH 18, 2013**. At 1:30 p.m., the Court will hold a hearing to resolve any remaining issue(s). Please buzz chambers at 9:00 a.m. to check in for the meet-and-confer. Defendants' response is due by noon on March 14.

      Please note that only those lawyers who personally attend the entire meet-and-confer in the Attorney Lounge may argue at the hearing.

      **IT IS SO ORDERED.**

Dated: March 11, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE