MICHAEL DOCKTERMAN (admitted *pro hac vice*)
HEATHER H. HARRISON (admitted *pro hac vice*)
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606
Telephone:  (312) 201-2000
Facsimile:  (312) 201-2155
Email:  mdockterman@edwardswildman.com
Email:  hharrison@edwardswildman.com

CLINTON J. McCORD (SBN 204749)
EDWARDS WILDMAN PALMER LLP
1901 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 860-8700
Facsimile:  (310) 860-3800
Email:  cmccord@edwardswildman.com

Attorneys for Plaintiff
UTHE TECHNOLOGY CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UTHE TECHNOLOGY CORPORATION,<br><br>               Plaintiff,<br><br>vs.<br><br>AETRIUM, INC., HARRY ALLEN, *et al.*,<br><br>               Defendants. | Case No. 3:95-cv-02377-WHA<br><br>**JOINT REPORT OF RESOLUTION OF DISCOVERY DISPUTE AND REQUEST FOR CONTINUANCE OF DISCOVERY MEET AND CONFER AND HEARING** |

AM 18500293.1                                                1

1  COME NOW Plaintiff Uthe Technology Corporation ("Uthe") and Defendants Aetrium, Inc. and Harry Allen, through undersigned counsel, and hereby notify the Court that while Defendants continue to object to the relevancy of the documents Uthe seeks in its Motion for Order Compelling Defendants to Produce Documents, filed on March 8, 2013 (ECF No. 155), Defendants have agreed to produce the documents sought by that Motion.

Defendants have agreed to produce all such documents by Monday, March 25, 2013.

Once the documents are produced, the motion will become moot. Accordingly, the parties jointly request that the Court continue the discovery meet-and-confer and hearing, currently set for Monday, March 18, 2013, two weeks, to Monday, April 1, 2013, or any other date that is convenient for the Court.

Once the documents are produced, Uthe will file a notice of withdrawal of its motion.

Respectfully submitted this 15th day of March, 2013,

| OPPENHEIMER WOLFF & DONNELLY LLP | EDWARDS WILDMAN PALMER LLP |
|---|---|
| /s/ David B. Potter           . <br>David B. Potter<br>Archana Nath<br><br>Attorneys for Defendants AETRIUM, INC. AND HARRY ALLEN | /s/ Cinton J. McCord           . <br>Michael Dockterman<br>Clinton J. McCord<br>Heather H. Harrison<br><br>Attorneys for Plaintiff UTHE TECHNOLOGY CORPORATION |

## [~~PROPOSED~~] ORDER

The parties' request for a continuance of the discovery meet and confer and hearing is granted. The meet and confer and hearing, currently set for Monday, March 18, 2013, at ~~9:00 a.m.~~ 11:30 a.m. and ~~1:30 p.m.~~, respectively, are hereby continued to _April 1_____, 2013, at the same times. Plaintiff is ordered to file a notice of withdrawal of its motion upon completion of the production of documents by Defendants.

IT IS SO ORDERED.

Dated: _March 15, 2013_.

IT IS SO ORDERED AS MODIFIED

Judge William Alsup
_____ District Judge

AM 18500293.1                               2