IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHE TECHNOLOGY CORPORATION, | No. C 95-02377 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR EXTENSION OF EXPERT DEADLINES** |
| HARRY ALLEN and AETRIUM INCORPORATED, | |
| Defendants. | |

    Plaintiff moved on May 28 for an extension of the (now expired) May 31 deadline for disclosure of opening expert reports. Plaintiff contends that its expert needs an extra two weeks to adjust his expert opinion because plaintiff has been unable to find an alternate source of information once stored in documents allegedly destroyed by defendants in 1992. Defendants oppose, *inter alia*, on the ground that plaintiff cannot show good cause for an extension because defendants completed their document production nearly six months ago. This order agrees that good cause has not been shown under Rule 16 to modify the case management scheduling order. Accordingly, plaintiff's motion for an extension is **DENIED**.

    **IT IS SO ORDERED.**

Dated: June 5, 2013.

                           WILLIAM ALSUP
                           UNITED STATES DISTRICT JUDGE