
DAVID B. POTTER (Pro Hac Vice)
EDWARD M. LAINE (Pro Hac Vice)
ARCHANA NATH (Pro Hac Vice)
OPPENHEIMER WOLFF & DONNELLY LLP
Campbell Mithun Tower – Suite 2000
222 South Ninth Street
Minneapolis, Minnesota 55402-3338
Telephone:   612.607.7000
Facsimile:    612.607.7100
Email: dpotter@oppenheimer.com
       Elaine@oppenheimer.com
       anath@oppenheimer.com

ANN E. JOHNSTON (State Bar No. 141252)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:   415.391.4800
Facsimile:    415.989.1663
Email: ef-aej@cpdb.com

Attorneys for Defendants
HARRY ALLEN AND AETRIUM INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UTHE TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HARRY ALLEN and AETRIUM INCORPORATED,<br><br>Defendants. | Case No. 3:95-cv-02377-WHA<br><br>**DECLARATION OF ARCHANA NATH IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   September 5, 2013<br>Time:   8:00 a.m.<br>Dept.:  Courtroom 8, 19th Floor<br>Judge:  The Honorable William H. Alsup |

I, Archana Nath, declare as follows:

1. I am an attorney licensed to practice in the state of Minnesota, and admitted, *pro hac vice*, to practice before this Court. I am an associate with the firm of Oppenheimer Wolff & Donnelly LLP, attorneys of record for Defendants Harry Allen and Aetrium Incorporated


("Defendants") in this action. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated in this declaration.

2. I make this declaration in support of the Defendants' Motion for Summary Judgment ("Nath Decl.").

3. Attached as <u>Exhibit A</u> is a true and correct copy of excerpts from the testimony of Uthe Technology Corporation's 30(b)(6) Deposition by corporate representative Michael J. Goodson, taken on January 18, 2013 ("Uthe 30(b)(6) Dep.").

4. Attached as <u>Exhibit B</u> is a true and correct copy of the Expert Report of Mark J. Hosfield, and accompanying Report Exhibits 3 to 6.2, served by Plaintiffs on May 31, 2013, Deposition Exhibits 601 and 605 to the Deposition of Mark J. Hosfield ("Hosfield Report").

5. Attached as <u>Exhibit C</u> is a true and correct copy of the Deposition of Mark J. Hosfield, taken on June 4, 2013 ("Hosfield Dep.").

6. Attached as <u>Exhibit D</u> is a true and correct copy of Deposition Exhibit 631 to the Deposition of Mark J. Hosfield (Partial Award 2, damages award from the Singapore Arbitration entitled Uthe Technology, Inc. v. Kwan Seik Cheong, Chua Cheow Tian, Chow Yoke Keng, dated March 23, 2012) ("Arbit. Damage Award").

7. Attached as <u>Exhibit E</u> is a true and correct copy of Deposition Exhibit 615 to the Deposition of Mark Hosfield (Supplemental Affidavit of Evidence-in-Chief of Chow Yoke Keng, dated December 2003).

8. Attached as <u>Exhibit F</u> is a true and correct copy Deposition Exhibit 628 to the Deposition of Mark J. Hosfield (Affidavit of Tan Lee Tian (Katherine Yip), dated November 1, 1999).

9. Attached as <u>Exhibit G</u> is a true and correct copy of Deposition Exhibit 619 to the Deposition of Mark Hosfield (Declaration of J. Michael Goodson in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, filed March 7, 2013) ("Goodson SJ Decl.").

10. Attached as <u>Exhibit H</u> is a true and correct copy Deposition Exhibit 621 to the Deposition of Mark J. Hosfield (Crestek 10-K, filed March 16, 1993) ("Crestek 10K").

2     3:95-cv-02377-WHA
DECLARATION OF ARCHANA NATH IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 • Fax 415.989.1663

11. Attached as <u>Exhibit I</u> is a true and correct copy of Deposition Exhibit 630 to the Deposition of Mark J. Hosfield ("P&L for '89 to '92" of Uthe Singapore).

12. Attached as <u>Exhibit J</u> is a true and correct copy of the Expert Report of Richard Eichmann, and accompanying Exhibits 1 to 5, served by Defendants on June 14, 2013 ("Eichmann Report").

13. Attached as <u>Exhibit K</u> is a true and correct copy of the Deposition of Richard Eichmann, taken on June 19, 2013 ("Eichmann Dep.").

14. Attached as <u>Exhibit L</u> is a true and correct copy of Deposition Exhibit 66 to the Deposition of Richard Eichmann (Crestek, Inc. SEC Filings 1988-1995).

15. Attached as <u>Exhibits M-1 through M-4</u> are true and correct copies of the following:
   a. <u>Exhibit M-1</u>: Crestek, Inc. 118 Tax Form, bates stamped Uthe02870-02878.
   b. <u>Exhibit M-2</u>: Crestek, Inc. Tax Accrual 6/30/93, bates stamped Uthe02861-02865.
   c. <u>Exhibit M-3</u>: June 30, 1998 Crestek Financials, bates stamped Uthe00567-00585.
   d. <u>Exhibit M-4</u>: November 8, 1999 Crest Financials, bates stamped Uthe00586-00592.

16. Attached as <u>Exhibit N</u> is a true and correct copy of Plaintiff Uthe Technology Corporation's Responses to Defendant Aetrium Inc.'s First Set of Document Requests, Deposition Exhibit 617 to the Deposition of Mark Hosfield, and corresponding service letter dated December 10, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of August, 2013, at Minneapolis, MN.

_s/ Archana Nath_
Archana Nath