DAVID B. POTTER (*pro hac vice*)
EDWARD M. LAINE (*pro hac vice*)
ARCHANA NATH (*pro hac vice*)
OPPENHEIMER WOLFF & DONNELLY LLP
Campbell Mithun Tower – Suite 2000
222 South Ninth Street
Minneapolis, Minnesota 55402-3338
Telephone:   612.607.7000
Facsimile:    612.607.7100
Email: dpotter@oppenheimer.com
         elaine@oppenheimer.com
         anath@oppenheimer.com

ANN E. JOHNSTON (State Bar No. 141252)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:   415.391.4800
Facsimile:    415.989.1663
Email: ef-aej@cpdb.com

Attorneys for Defendants
HARRY ALLEN AND AETRIUM INCORPORATED

**PLEASE SEE SIGNATURE PAGE
FOR COMPLETE LIST OF FILING PARTIES**

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UTHE TECHNOLOGY CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>HARRY ALLEN and AETRIUM INCORPORATED,<br><br>   Defendants. | Case No. 3:95-cv-02377-WHA<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER FOR SETTLEMENT<br>CONFERENCE PARTICIPANTS**<br><br>Date:   August 6, 2013<br>Time:   11:00 a.m.<br>Judge:  The Honorable Donna M. Ryu |

At the July 22, 2013 "settlement meet and confer" call, the parties disclosed and agreed that Plaintiff will be represented at the August 6, 2013 Settlement Conference by Plaintiff's co-

---

**JOINT STIPULATION FOR SETTLEMENT CONFERENCE PARTICIPANTS**
AM 22772627.1

counsel Clinton J. McCord, and Uthe USA's CEO Michael Goodson and Defendants will be represented by Defendants' counsel David B. Potter and Aetrium's CEO Joseph Levesque.

On August 1, Mr. Potter contacted Mr. McCord and requested that Plaintiff confirm that the conference could go forward without the presence of Defendant Harry Allen. While Plaintiff believes that Mr. Allen's presence would be beneficial, Plaintiff does not object to the conference going forward as scheduled without Mr. Allen present.

The Parties hereby stipulate and agree that the attendance of Defendant Harry Allen, who resides outside of the United States, is not necessary at the Settlement Conference.

Dated: August 2, 2013                OPPENHEIMER WOLFF & DONNELLY LLP

By:    s/ David B. Potter
       David B. Potter

DAVID B. POTTER (*pro hac vice*)
EDWARD M. LAINE (*pro hac vice*)
ARCHANA NATH (*pro hac vice*)
OPPENHEIMER WOLFF & DONNELLY LLP
Campbell Mithun Tower – Suite 2000
222 South Ninth Street
Minneapolis, Minnesota 55402-3338
Telephone:   612.607.7000
Facsimile:   612.607.7100
Email: dpotter@oppenheimer.com
       anath@oppenheimer.com

ANN E. JOHNSTON (State Bar No. 141252)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:   415.391.4800
Facsimile:   415.989.1663
Email: ef-aej@cpdb.com

**Attorneys for Defendants
AETRIUM INCORPORATED & HARRY ALLEN**

Dated: August 2, 2013                     EDWARDS WILDMAN PALMER LLP


By:    s/ Clinton J. McCord
      Clinton J. McCord

CLINTON J. McCORD (SBN 204749)
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Boulevard, Suite 200
Beverly Hills, California 90212
Telephone:  (310) 860-8700
Facsimile:  (310) 860-3800
Email:  cmccord@edwardswildman.com

MICHAEL DOCKTERMAN (*pro hac vice*)
HEATHER H. HARRISON (*pro hac vice*)
225 West Wacker Drive, Suite 2800
Chicago, IL  60606
Telephone:  (312) 201-2000
Facsimile:  (312) 201-2155
Email:  mdockterman@edwardswildman.com
Email:  hharrison@edwardswildman.com

**Attorneys for Plaintiff
UTHE TECHNOLOGY CORPORATION**

# [~~PROPOSED~~] ORDER

The Parties' stipulation to engage in the August 6, 2013 Settlement Conference without the presence of Defendant Harry Allen is granted.

IT IS SO ORDERED.

Dated: August 2, 2013

_____
Donna M. Ryu
District Court Judge