IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHE TECHNOLOGY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>HARRY ALLEN and AETRIUM INCORPORATED,<br><br>    Defendants.<br>                                                 / | No. C 95-02377 WHA<br><br>**ORDER RE HEARING ON<br>SUMMARY JUDGMENT** |

    At the September 5 hearing, counsel shall be prepared to address the extent to which, if at all, collateral estoppel bars plaintiff from seeking damages from defendants that were litigated before the Singapore arbitrators and/or could have been litigated before the Singapore arbitrators. Please bring points and authorities to the hearing. In addition, please be prepared to specify the precise legal basis for the alleged Head Office Expense Payments, and bring the contracts, bylaws, or other legal documentation concerning these payments to the hearing.

    **IT IS SO ORDERED.**

Dated: September 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE