UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UTHE TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HARRY ALLEN and AETRIUM INCORPORATED,<br><br>Defendants. | Case No. 3:95-cv-02377-WHA<br><br>[PROPOSED] JUDGMENT |

For the reasons stated in the September 27, 2012 order (Docket Entry 144) and the September 9, 2013 order (Docket Entry 195), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Defendants Harry Allen and Aetrium Incorporated, and against Plaintiff Uthe Technology Corporation. The Clerk **SHALL CLOSE THE FILE.** In light of plaintiff's large victory in Singapore, during which time this action was stayed as to defendants Harry Allen and Aetrium Inc., it is not fair to treat those two defendants as prevailing parties. Therefore, costs are denied as to both sides.

**IT IS SO ORDERED.**

Dated: September 13, 2013.

_____
Honorable William H. Alsup
United States District Court

AM 23920223.1

[PROPOSED] JUDGEMENT