UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 05 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UTHE TECHNOLOGY CORPORATION,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>AETRIUM, INC. and HARRY ALLEN,<br><br>   Defendants - Appellees. | No. 13-16917<br><br>D.C. No. 3:95-cv-02377-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

  The judgment of this Court, entered December 11, 2015, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:
            Molly C. Dwyer
            Clerk of Court

            Synitha Walker
            Deputy Clerk