IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHE TECHNOLOGY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>HARRY ALLEN and AETRIUM,<br>INCORPORATED,<br><br>    Defendants.<br>                                                      / | No. C 95-02377 WHA<br><br>**ORDER SETTING HEARING<br>AND BRIEFING SCHEDULE<br>FOR DEFENDANTS'<br>RENEWED MOTION FOR<br>SUMMARY JUDGMENT<br>AND SCHEDULING TRIAL** |

The mandate of the Ninth Circuit issued on January 5 (Dkt. No. 208). On January 8, defendants filed a renewed motion for summary judgment (Dkt. No. 210). Defendants also requested that the Court schedule a hearing on the renewed motion for March 31 and proposed to have the parties each submit supplemental briefs by March 17 addressing relevant developments in the law since the Court considered defendants' motion to dismiss in 2013 (Dkt. No. 211). Defendants' proposal did not provide for the parties to respond to the supplemental briefs. The Court hereby sets the following schedule:

1. A hearing on defendants' renewed motion for summary judgment is scheduled for **MARCH 31, 2016 AT 8:00 A.M.**

2. By **MARCH 14**, the parties shall submit supplemental briefs **NOT TO EXCEED FOUR PAGES**, double spaced with no footnotes or attachments, discussing relevant developments in the law.

3. By **MARCH 21**, the parties shall respond to each others' supplemental briefs.

4. The parties shall please **LODGE** chambers copies of the briefs and the record from the prior motion for summary judgment by **JANUARY 22**.

The Court further **SETS** a Final Pretrial Conference for **JUNE 15 AT 2:00 P.M.**, for a jury trial to begin on **JUNE 22 AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated:   January 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2