**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UTHE TECHNOLOGY CORPORATION,

    Plaintiff,

v.

HARRY ALLEN and AETRIUM, INCORPORATED,

    Defendants.

No. C 95-02377 WHA

**REQUEST FOR RESPONSE RE MOTION PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Before the Court rules on plaintiff's motion to withdraw and substitute counsel, plaintiff's counsel will please submit an explanation showing good cause for the substitution. The Court is concerned over the extreme age of the case and further concerned about the effect of losing the history and knowledge of this case acquired by plaintiff's original counsel and any delay that will result from this substitution. Counsel's response is due **FRIDAY, MARCH 11 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE