LOCKE LORD LLP
Clinton Judd McCord (SBN 204749)
  clinton.mccord@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Facimile: (213) 485-1200

MANDEL BHANDARI LLP
Rishi Bhandari (SBN 226055)
  rb@mandelbhandari.com
Robert Glunt (NY Bar 4703674 – to appear *pro hac vice*)
  glunt@mandelbhandari.com
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone: (212) 269-5600
Facimile: (646) 964-6667

LEE TRAN & LIANG LLP
James Lee (SBN 192301)
  james.lee@ltlattorneys.com
Kevin Bringuel (SBN 196279)
  kevin.bringuel@ltlattorneys.com
Enoch Liang (SBN 212324)
  enoch.liang@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Plaintiff
Uthe Technology Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UTHE TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HARRY ALLEN and AETRIUM INCORPRATED,<br><br>Defendants. | CASE NO.: C 95-02377 WHA<br><br>**PLAINTIFF'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>(Civ. L.R. 7-11 and 11-5) |

**MOTION**

Pursuant to Civil L.R. 7-11 and 11-5, Plaintiff Uthe Technology Corporation ("Uthe") hereby moves the Court for an order permitting the withdrawal of its counsel of record, Clinton Judd McCord of Locke Lord LLP, as well as prior counsel Michael Dockterman and Heather H. Harrison, and the appearance of substitute counsel, James Lee, Kevin Bringuel, and Enoch Liang of Lee Tran & Liang LLP and Rishi Bhandari and Robert Glunt of Mandel Bhandari LLP on its behalf in this action. Uthe respectfully submits that said substitution of counsel is in the interests of justice.

Uthe, Locke Lord LLP, Lee Trang & Liang LLP, Mandel Bhandari LLP, Michael Dockterman, and Heather. H. Harrison consent to such withdrawal and substitution of counsel.

Accordingly, Uthe respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

> James Lee
> LEE TRAN & LIANG LLP
> 601 S. Figueroa Street, Suite 3900
> Los Angeles, CA 90017
> Telephone: (213) 612-8900
> Facsimile: (213) 612-3773
> Email: james.lee@ltlattorneys.com
>
> Rishi Bhandari
> MANDEL BHANDARI LLP
> 80 Pine Street, 33rd Floor
> New York, NY 10005
> Telephone: (212) 269-5600
> Facimile: (646) 964-6667
> Email: rb@mandelbhandari.com

This motion is not made for purposes of delay or any other improper purpose

WHEREFORE, Uthe respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for Uthe, and update the Court's ECF system for this case by removing Clinton Judd McCord, Michael Dockterman, and Heather H. Harrison, and docketing the appearance of substitute counsel, James Lee, Kevin Bringuel and Enoch Liang of Lee Tran & Liang LLP and Rishi Bhandari and Robert Glunt of Mandel Bhandari LLP.

| | | |
|---|---|---|
| 1 | Dated: February 29, 2016 | **LEE TRAN & LIANG LLP** |
| 2 | | |
| 3 | | By:  /s/ James Lee |
| | | James Lee |
| 4 | | Kevin Bringuel |
| | | Enoch Liang |
| 5 | | |
| 6 | Dated: February 29, 2016 | **MANDEL BHANDARI LLP** |
| 7 | | |
| | | By:  /s/ Rishi Bhandari |
| 8 | | Rishi Bhandari |
| | | Robert Glunt |
| 9 | | |
| 10 | Dated: February 29, 2016 | **LOCKE LORD LLP** |
| 11 | | |
| | | By:  /s/ Clinton Judd McCord |
| 12 | | Clinton Judd McCord |
| 13 | | *Attorneys for Plaintiff* |
| | | *Uthe Technology Corporation* |
| 14 | | |
| 15 | Dated: February 29, 2016 | **MICHAEL DOCKTERMAN** |
| 16 | | |
| | | By:  /s/ Michael Dockterman |
| 17 | | Michael Dockterman |
| 18 | Dated: February 29, 2016 | **HEATHER H. HARRISON** |
| 19 | | |
| 20 | | By:  /s/ Heather H. Harrison |
| | | Heather H. Harrison |
| 21 | | |
| 22 | | *Former Attorneys for Plaintiff* |
| | | *Uthe Technology Corporation* |

3

Plaintiff's Motion for Order and [Proposed] Order Permitting Withdrawal and Substitution of Counsel
(Case No.: C 95-02377 WHA)

## [PROPOSED] ORDER

Having reviewed and considered Plaintiff Uthe Technology Corporation's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Clinton Judd McCord of Locke Lord LLP, Michael Dockterman, and Heather H. Harrison be permitted to withdraw as counsel and James Lee, Kevin Bringuel, and Enoch Liang of Lee Tran & Liang LLP and Rishi Bhandari and Robert Glunt of Mandel Bhandari LLP may appear as substitute counsel of record for Uthe Technology Corporation. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: March 14, 2016, ~~2009~~

_____
WILLIAM ~~H.~~ ALSUP
United States District Judge