IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHE TECHNOLOGY CORP, <br><br> Plaintiff, <br><br> v. <br><br> HARRY ALLEN and AETRIUM INCORPORATED, <br><br> Defendants. | No. C 95-02377 WHA <br><br> **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion for summary judgment.

Dated: March 23, 2016.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE