IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHE TECHNOLOGY CORP, | No. C 95-02377 WHA |
| Plaintiff, | |
| v. | |
| HARRY ALLEN and AETRIUM, INC., | **ORDER TO SHOW CAUSE** |
| Defendants. | |

By **APRIL 19 AT NOON**, the parties are hereby ordered to **SHOW CAUSE**, in writing, why this case should not be stayed pending the Supreme Court's decision in *RJR Nabisco, Inc. v. The European Community*, No. 15-138 (U.S.).

**IT IS SO ORDERED.**

Dated: April 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE