IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHE TECHNOLOGY CORP, | No. C 95-02377 WHA |
| Plaintiff, | |
| v. | |
| HARRY ALLEN and AETRIUM, INC., | **ORDER STAYING CASE** |
| Defendants. | |

The parties have stipulated that this case should be stayed pending the Supreme Court's decision in *RJR Nabisco, Inc. v. The European Community*, No. 15-138 (U.S.). The case is hereby **STAYED** and the trial date is **VACATED**. The parties should file a status report by the earlier of: (1) seven days following the Supreme Court's decision in *RJR Nabisco*, or (2) July 1, 2016.

Although this order vacates the current trial date, the Court intends to schedule the trial between sixty and ninety days after the Supreme Court issues its decision.

**IT IS SO ORDERED.**

Dated: April 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE