IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHE TECHNOLOGY CORP,<br><br>    Plaintiff,<br><br>  v.<br><br>HARRY ALLEN and AETRIUM, INC.,<br><br>    Defendants.<br>                                         / | No. C 95-02377 WHA<br><br>**ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE** |

      The Supreme Court issued its decision in *RJR Nabisco, Inc. v. The European Community*, 579 U.S. ___ (2016). The stay pending that decision is hereby **LIFTED**. That decision held that a private RICO plaintiff must allege a domestic injury. Defendants contend that plaintiff's only remaining claim relates to a foreign injury under *RJR Nabisco, Inc.*, and therefore seeks leave to file a summary judgment motion directed at that issue.

      Defendants shall file a motion *directed solely at the extraterritoriality issue* by **JULY 14**, to be noticed on the normal 35-day calendar. A further case management conference is hereby set for **AUGUST 18, AT 8:00 A.M.**, to occur in conjunction with the hearing on defendants' anticipated motion. As noted in the order staying the case, if summary judgment is denied, the trial will be scheduled to occur very shortly thereafter.

      **IT IS SO ORDERED.**

Dated: June 24, 2016.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE