IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UTHE TECHNOLOGY CORP.,

    Plaintiff,

No. C 95-02377 WHA

v.

HARRY ALLEN and AETRIUM, INC.,

**JUDGMENT**

    Defendants.

/

For the reasons stated in the accompanying order granting summary judgment in favor of defendants, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Harry Allen and Aetrium, Inc.. and against Uthe Technology Corp.  The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:   August 25, 2016.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE