1  MANDEL BHANDARI LLP
   Rishi Bhandari (SBN 226055)
2   rb@mandelbhandari.com
   80 Pine Street, 33rd Floor
3  New York, NY 10005
   Telephone: (212) 269-5600
4  Facsimile: (646) 964-6667

5  *Attorneys for Plaintiff*
   *Uthe Technology Corporation*
6

7                UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10

11 | UTHE TECHNOLOGY CORPORATION, | CASE NO.: C 95-02377 WHA |
   |---|---|
12 | Plaintiff, | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |
13 | v. | |
14 | HARRY ALLEN and AETRIUM INCORPRATED, | **[APPEAL FROM ORDER GRANTING SUMMARY JUDGMENT AND FROM JUDGMENT DISMISSING CASE]** |
15 | | |
16 | Defendants. | |

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL:**

**NOTICE IS HEREBY GIVEN** that Uthe Technology Corporation, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from "Order Granting Summary Judgment in Favor of Defendants" dated August 26, 2016 (a true and correct copy of which is attached hereto as "Exhibit A"), and from the Judgment entered on August 26, 2016 (a true and correct copy of which is attached hereto as "Exhibit B").

Dated:  September 19, 2016                     Respectfully submitted,

                                                MANDEL BHANDARI LLP

                                                By: */s/ Rishi Bhandari*
                                                Rishi Bhandari
                                                *Attorneys for Plaintiff Uthe Technology Corporation*